KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

   450 Golden Gate Avenue; Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7183
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3-05-70423 MEJ |
|    Plaintiff, ) | |
|   ) | NOTICE OF DISMISSAL AND MOTION TO RECALL BENCH WARRANT; [PROPOSED] ORDER |
| v. ) | |
|   ) | |
| EDWIN ADELSON PALACIOS, ) | |
|   ) | |
|    Defendant. ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Complaint in this matter.

     In addition, the United States moves this Court to recall the bench warrant issued on or about June 17, 2005. The reason for this request is that the United States has been informed

//

//

//

//

//

NOT. OF DISMISS. AND MOT. TO RECALL WARRANT;
[CR 3-05-70423 MEJ ]

1  that defendant Palacios was arrested in Mexico and was then transported to San Francisco,
2  California, where he will face pending state charges of rape, aggravated assault, and false
3  imprisonment.

4  DATED:      November 14, 2005                    Respectfully submitted,

5                                                   KEVIN V. RYAN
                                                    United States Attorney
6
7                                                   By
                                                    W. DOUGLAS SPRAGUE
8                                                   Assistant United States Attorney

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT. OF DISMISS. AND MOT. TO RECALL WARRANT;
[CR 3-05-70423 MEJ ]

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

6
7  UNITED STATES OF AMERICA,            )    No. CR MEJ   3-05-70423-MEJ
                                        )
8       Plaintiff,                      )    [~~PROPOSED~~] ORDER
                                        )
9       v.                              )
                                        )
10 EDWIN ADELSON PALACIOS,              )
                                        )
11      Defendant.                      )
   _____)

12      Leave is hereby GRANTED to dismiss this matter.

13      Furthermore, upon motion of the United States, the bench warrant in this matter is

14 ordered RECALLED.

15 **IT IS SO ORDERED.**

16 DATED:     November 14th, 2005

17                                           Honorable ~~Edward M. Chen~~ NANDOR VADAS
                                             United States Magistrate Judge

18
19
20
21
22
23
24
25
26
27
28

NOT. OF DISMISS. AND MOT. TO RECALL WARRANT;
[CR 3-05-70423 MEJ]